IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN J. HOKE, | ) | Case No.: 8:13-CV-00158 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| LIBERTY MUTUAL INSURANCE, | ) | |
| a/k/a LIBERTY MUTUAL GROUP, | ) | |
| Inc., | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the Stipulation for Dismissal of the above-entitled case with prejudice.

IT IS THEREFORE ORDERED the above-entitled case is dismissed with prejudice each party to bear its own costs.

DATED this 24th day of September, 2013.

BY THE COURT:

s/Joseph F. Bataillon
United States District Court Judge

12068-1/6555858